Kira N. Barrett (SBN: 029778)
J. William VanDehei (SBN: 035832)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-2460
Facsimile: (602) 265-4716
knbarrett@grsm.com
wvandehei@grsm.com

*Attorneys for Defendants*
*Tabet Enterprises, Inc. d/b/a Ameritrans,*
*Alberto and Jane Gallardo*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dustin Houston and Amber Houston, wife and husband;<br><br>Plaintiffs,<br><br>vs.<br><br>Tabet Enterprises, Inc. d/b/a Ameritrans, a New Mexico corporation; Alberto Gallardo and Jane Doe Gallardo, husband and wife;<br><br>Defendants. | CASE NO. _____<br><br>**NOTICE OF REMOVAL** |

Defendants Tabet Enterprises Inc. d/b/a Ameritrans, Alberto Gallardo, and Jane Doe Gallardo (collectively, "Defendants"), hereby submit their Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and Local Rule of Civil Procedure 3.6, for the following reasons:

**I.   Commencement & Service**

Plaintiffs originally filed this action in the Superior Court for Pima County, Arizona, on August 25, 2023, under case number C20233915. *See* Exhibit 2. Copies of the Summons, Complaint, and Certificate of Compulsory Arbitration were served on Defendants Alberto Jane Doe Gallardo on October 28, 2023. *See* Exhibit 9. Undersigned

1 counsel accepted service on behalf of Ameritrans on November 27, 2023. *See* Exhibit 10.
2 Accordingly, this Notice of Removal is filed timely as required by 28 U.S.C. § 1446(b).
3 *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (30-day
4 removal period runs from proper service under state law).

## II. Grounds for Removal

This is a civil action between citizens of different states where the amount in controversy exceeds $75,000, exclusive of costs and interest. Defendants therefore are entitled to remove the state court action to this Court. *See* 28 U.S.C. §§ 1332, 1441.

### A. Complete Diversity Citizenship Exists Between the Parties.

Plaintiffs' Complaint alleges that they are residents of Arizona but fails to make any statements regarding their citizenship *See* Exhibit 2 at ¶ 1. On information and belief, based on information in Plaintiff Dustin Houston's confidential medical records, Plaintiffs reside in Marana, Arizona, and are citizens of Arizona for diversity purposes.

Defendant Ameritrans is a New Mexico corporation *Id.* at ¶ 3. Ameritrans' principle place of business is located in El Paso, Texas. Ameritrans therefore is a citizen of New Mexico and Texas for diversity purposes. *See Daimler AG v. Bauman*, 571 U.S. 117, 137 (2014) (corporate citizenship based on lace of incorporation and principal place of business). Defendants Alberto Jane Doe Gallardo also maintain their primary residence in El Paso, Texas, as reflected in the Certificates of Service. *See* Exhibit 9 Complete diversity therefore exists between the Parties as required by § 1332(a)(1).

### B. The Amount in Controversy Exceeds $75,000.

Defendants "bear[] the burden of establishing, by a preponderance of the evidence, that the amount in controversy exceeds" $75,000. *See Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996); 28 U.S.C. § 1446(c)(2)(B). Though Plaintiffs do not specify the amount of damages sought in the Complaint, they do allege that their claims falls with tier 2 pursuant Arizona Rule of Civil Procedure 26.2. *See* Exhibit 2 at ¶ 2. Under Rule 26.2(c)(3), Tier 2 encompasses "[a]ctions claiming more than $50,000 and less than $300,000 in damages."

1   Further, on October 9, 2023, Plaintiff's counsel served Defendants' insurer with a
2   demand package that identified $150,202.32 in past and future medical costs for Plaintiff
3   Dustin Houston and sought $500,000.00 to settle his personal injury claims. The amount
4   in controversy therefore exceeds $75,000 as required by § 1332(a). *See* Exhibit 11. *See*
5   *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1117 (9th Cir. 2004) ("the amount-in-
6   controversy inquiry in the removal context is not confined to the face of the complaint.");
7   *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002) (settlement offers are relevant
8   evidence of the amount in controversy).

### III. Venue

Removal to this venue is appropriate because the District of Arizona embraces the Pima County Superior Court where Plaintiff initially filed this action. *See* 28 U.S.C. §§ 1441, 1446.

### IV. Notice

Contemporaneous with filing this Notice, Defendants have provided Plaintiffs with written notice of this filing. Defendants also will file a notice of the filing of this Notice of Removal with the Pima County Superior Court Clerk as required by 28 U.S.C. §1446(d) and Local Rule of Civil Procedure 3.6(a).

### V. State Court Record

Copies of all state court pleadings and orders are attached to this Notice of Removal. Pursuant to Local Rules of Civil Procedure 3.6(b), Defendants attach, and incorporate by reference, true and correct copies of all the pleadings and other documents that were previously filed with the state court. *See* Exhibit 1, State Court Docket; Exhibit 2, Petition & Complaint; Exhibit 3, Summons; Exhibit 4, Fastar Certificate; Exhibit 5, All Money Receipts; Exhibit 6, Notice of Impending Dismissal; Exhibit 7, Motion to Extend Time; Exhibit 8, Motion Exhibits; Exhibit 9, Certificates of Service; Exhibit 10, Acceptance of Service; and Exhibit 11, Demand Letter.

/ / /

/ / /

Dated this 27th day of November 2023.

                        **GORDON REES SCULLY MANSUKHANI, LLP**

                        By: */s/ J. William VanDehei*
                              Kira N. Barrett
                              J. William VanDehei
                              *Attorneys for Defendants Tabet Enterprises, Inc. d/b/a Ameritrans, Alberto and Jane Gallardo*

*Gordon Rees Scully Mansukhani, LLP*
*Two North Central Avenue Suite 2200*
*Phoenix, AZ 85004*

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all registered CM/ECF registrants on this matter. Copies were also emailed to:

Richard B. Biggs
**BUSBY, BELL & BIGGS, P.C.**
1241 East Prince Road
Tucson, Arizona 85719
Moe@busbylaw.com
Dolores@busbylaw.com
*Attorneys for Plaintiffs*


By: /s/ Diane Archie